**Order filed May 14, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00041-CV

---

### IN THE MATTER OF J.K.

---

### On Appeal from the County Court at Law #4
### Fort Bend County, Texas
### Trial Court Cause No. 17-CJV-021351

---

## O R D E R

Appellant's and the State's briefs disclose the names of one or more individuals who were minors when the underlying suit was filed in violation of Texas Rules of Appellate Procedure 9.8(c)(1)(A) and 9.9(a)(3). Appellant's and the State's briefs also disclose the names of the minors' parents and/or other family members in violation of Texas Rule of Appellate Procedure 9.8(c)(1)(B).

Accordingly, the court orders as follows:

1. Appellant's brief, filed August 3, 2018, is **STRICKEN**.
2. The State's brief, filed November 2, 2018, is **STRICKEN**.

3. To protect the identity of minors involved in this case, the minors, the minors' parents, and other family members of the minors must be identified only by an alias. Tex. R. App. P. 9.8(c)(1)(A)-(B), 9.9(a)(3).

4. Appellant shall file a brief that complies with Rules 9.8(c)(1)(A)-(B) and 9.9(a)(3) by **May 24, 2019**.

5. If Appellant does not file a brief as required by this order, Appellant's counsel may be required to show cause why she should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file Appellant's brief.

6. The State shall file a brief that complies with Rules 9.8(c)(1)(A)-(B) and 9.9(a)(3) within 10 days after the date Appellant's brief is filed.


PER CURIAM